# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLEURETTE FIRESTONE,              )<br>                                                     )<br>                         Plaintiff,      )<br>                                                     )<br>vs.                                                )<br>                                                     )<br>BAC HOME LOANS SERVICING, LP, et al.,   )<br>                                                     )<br>                         Defendants.  )<br>_____)  | Case No. 2:11-cv-02036-RCJ-PAL<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #22) |

This matter is before the court on the Motion to Withdraw (Dkt. #22) filed May 25, 2012. Jasmin L. Dodson seeks to withdraw as counsel of record for Plaintiff Fleurette Firestone. The Motion represents that irreconcilable differences have arisen between Plaintiff and her counsel concerning the prosecution of this lawsuit, and counsel can no longer represent Plaintiff. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was filed in state court and removed to this court on December 19, 2011. The district judge recently granted in part and denied in part Defendants' Motion to Dismiss (Dkt. #4), dismissing all claims except Plaintiff's statutorily defective foreclosure claim. *See* Order (Dkt. #21). Pursuant to LR 26-1(d), the parties were required to conduct a Rule 26(f) conference within thirty days after the first Defendant appeared, and fourteen days later, submit a proposed discovery plan and scheduling order. The parties have not complied, and the court will enter a separate discovery plan and scheduling order.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1.     The Motion to Withdraw (Dkt. #22) is GRANTED.

/ / /

2.     Plaintiff shall have until **July 6, 2012,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding pro se.

3.     Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4.     The Clerk of Court shall serve a copy of this Order on Plaintiff at:

Fleurette Firestone
2873 Moonlight Bay Lane
Las Vegas, NV 89128-7249

Dated this 7th day of June, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2