# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FLEURETTE FIRESTONE, )
)
                      Plaintiff, )    Case No. 2:11-cv-02036-RCJ-PAL
)
vs. )    **ORDER**
)
BAC HOME LOANS SERVICING, LP, et al., )
)
                      Defendant. )
_____)

      This matter is before the court on Plaintiff's Response (Dkt. #28) to the court's Order to Show Cause (Dkt. #27). In an Order (Dkt. #26) entered July 7, 2012, the court granted Plaintiff's former counsel's Motion to Withdraw as Attorney (Dkt. #22). The court directed Plaintiff to either retain substitute counsel or file a notice that she will proceed *pro se* on or before July 6, 2012. Plaintiff did not comply, and on July 30, 2012, the court entered an Order to Show Cause directing Plaintiff to state why this case should not be dismissed for her failure to retain counsel or file a notice she would proceed pro se. The Order and Order to Show Cause both advised Plaintiff that failure to timely comply with the court's Orders could result in sanctions.

      On August 14, 2012, Plaintiff submitted a letter, stating she had contacted a law firm to seek representation on August 10, 2012, and she was awaiting a call from them to discuss the matter. Plaintiff requested "a little more time to get this matter resolved." Counsel has not made an appearance in this action, and Plaintiff has not advised the court that she has retained counsel. The court will therefore deem Plaintiff to be appearing pro se, that is representing herself. Plaintiff is advised that she shall be responsible for prosecuting her case in compliance with the Federal Rules of Civil Procedure and the Local Rules of Practice. Additionally, Plaintiff shall be required to comply with the court's discovery plan and scheduling order. The discovery cut-off is November 5, 2012.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. Plaintiff shall be deemed to be appearing pro se, that is representing herself, and shall be responsible to prosecuting her case in compliance with the Federal Rules of Civil Procedure, The Local Rules of Practice, and the court's discovery plan and scheduling order.
2. Failure to comply with this order may result in the imposition of sanctions, up to and including a recommendation to the district judge that Plaintiff's case be dismissed.

Dated this 24th day of September, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE