UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FLEURETTE FIRESTONE,<br><br>                        Plaintiff,<br><br>    v.<br><br>BAC HOME LOAN SERVICING, LP, et al.,<br><br>                        Defendants. | Case No. 2:11-cv-02036-MMD-PAL<br><br>ORDER<br><br>(Defendant's Motion for Summary Judgment – dkt. no. 32; Defendant's Motion to Expunge Lis Pendens – dkt. no. 35) |
|---|---|

Before the Court are Defendant BAC Home Loans Servicing, LP, Bank of New York Mellon, and Recontrust Company's Motion for Summary Judgment (dkt. no. 32), and Motion to Expunge Lis Pendens (dkt. no. 35). Plaintiff did not oppose either Motion within the requisite time period to file response briefs. (*See* dkt. no. 39). The Court issued a minute order on March 13, 2013, informing Plaintiff that she must respond to both Motions by March 22, 2013 (dkt. no. 39), but she did not file a response to either motion.

Failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted. L.R. 7-2(d); *see Abbott v. United Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). The Court accordingly GRANTS Defendants' unopposed Motion for Summary Judgment. (Dkt. no. 32.) The Motion for Summary Judgment disposes of all remaining claims in this case (*see* dkt. no. 32 at 2). As there are no remaining pending claims in this action, the Court also GRANTS Defendants' Motion to Expunge the Lis Pendens pursuant to NRS § 14.010(1). (Dkt. no. 35.)

1     The Clerk of the Court is HEREBY ORDERED to close this case.

2     IT IS FURTHER ORDERED that the party who recorded the lis pendens record a copy of this Order with the Clark County Recorder's Office. NRS § 14.017(6).

DATED THIS 29th of March, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE